# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| DELOIS ANNETTE GREEN-GIBSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-cv01325 |
| ) | |
| MID-CENTRAL COMMUNITY ACTION, ) | |
| DEBRA WHITE, and MICHELLE ) | |
| LINKS, ) | |
| ) | |
| Defendants. ) | |

## O P I N I O N and O R D E R

Before the Court is the Motion to Proceed in forma pauperis (Doc. 2) filed by Plaintiff. The Motion is DENIED.

Title 28 U.S.C. § 1915 provides that a person may initiate a civil lawsuit without prepayment of fees if that person is financially unable to pay the costs of suit. Plaintiff states that her take home pay is $1,576.00 per month and that she receives $552.00 in alimony payments. She also owns a vehicle worth $3,000.00 and she has $50.00 in a checking account. As to her debts, Plaintiff states that every month she has $2,387.37 in living expenses, including housing, utilities, "personal," food, medical, transportation, and payments related to a bankruptcy proceeding and to an attorney retained during divorce proceedings. Plaintiff also has a significant debt load that includes, among other things, a $30,000 student loan debt.

While Plaintiff's debt load and expenses are impressive, this Court cannot find that Plaintiff is unable to pay the $350.00 filing fee. The Court notes that

Plaintiff has a significant income that is well above the poverty level and that she does not support anyone but herself. Moreover, the Court further notes that Plaintiff's monthly "personal" expenses could be used to pay the $350.00 filing fee.

Plaintiff is informed, then, that she must serve Defendants with summons and a copy of the Complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure. Plaintiff also must serve upon Defendants, once they make an appearance, each and every pleading that she files with the Court.

Entered this <u>21st</u> day of December, 2010

s/ Joe B. McDade
JOE BILLY MCDADE
United States Senior District Judge
