E-FILED
Wednesday, 09 March, 2011 11:48:07 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| DELOIS ANNETTE GREEN-GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-cv-1325 |
| | ) | |
| MID-CENTRAL COMMUNITY ACTION, | ) | |
| DEBRA WHITE, and MICHELLE | ) | |
| LINKS, | ) | |
| | ) | |
| Defendants. | ) | |

## O P I N I O N and O R D E R

On December 21, 2010, Plaintiff's motion to proceed in forma pauperis was denied and Plaintiff was directed to pay the $350.00 filing fee and to serve Defendants in accordance with Federal Rule of Civil Procedure 4. Plaintiff took no action on the matter. On February 18, 2011, this Court again reminded Plaintiff that she must pay the filing fee and serve Defendants. Plaintiff was granted until March 4, 2011 to accomplish these requirements and was warned that the failure to pay the fee and serve Defendants would result in dismissal of this action for failure to prosecute. As of the date of this Order, Plaintiff has not paid the filing fee nor is there any indication that she has attempted to serve Defendants. Therefore, pursuant to Federal Rule of Civil Procedure 41(b), this matter is DISMISSED WITH PREJUDICE for the failure to prosecute.

Entered this 9th day of March, 2011

                                                                        s/ Joe B. McDade
                                                               JOE BILLY MCDADE
                                   United States Senior District Judge